**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7564**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL HUNTER, a/k/a Big Mike,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CR-93-156, CA-97-431-2)

———————————

Submitted: February 10, 1998      Decided: March 17, 1998

———————————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael Hunter, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Appellant asserts that the district court erroneously sentenced him pursuant to 21 U.S.C. § 841(b)(1)(A)(iii) (1994). We find that Appellant has waived review of this nonconstitutional claim because he did not raise it at sentencing or on direct appeal. See Stone v. Powell, 428 U.S. 465, 477 n.10 (1976); United States v. Emanuel, 869 F.2d 795, 796 (4th Cir. 1989). In addition, to the extent that Appellant contends that counsel was ineffective at sentencing and on appeal for failing to assert that Appellant was improperly sentenced under § 841(b), we find that claim to be without merit. See Strickland v. Washington, 466 U.S. 668 (1984).

Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2